J. Ernest Brook, Executor of Estate of George S. Wedge, Deceased, and Executor of Estate of Amy M. Wedge, Deceased, Appellant, v. William A. Rosing, Appellee.

Gen. No. 9,752.

Heard in this court at February term,

1942; opinion filed April 8, 1942. Runyard & Behanna, for appellant; Eugene M. Runyard and Daniel J. Dalziel, of counsel; Hall & Hulse, for appellee; Albert L. Hall and John V. Mooradian, of counsel. Opinion by JUSTICE DOVE. "Not to be published in full."